CHARLES N. SWIFT, Appellant, *v.* THE AMERICAN EXCHANGE NATIONAL BANK, Respondent.

*Swift* v. *American Exchange Nat. Bank*, 103 App. Div. 610, affirmed. (Argued June 20, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to impress upon funds in the hands of the defendant a judgment theretofore recovered by plaintiff against a certain corporation, assets of which, it was alleged, had been received by defendant.

*Beno B. Gattell, Thomas D. Adams* and *George L. Carlisle* for appellant.

*Michael H. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.